# Court of Appeals
# of the State of Georgia

ATLANTA,____June 27, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A1688.  JOHNSON v. WHITEN.**

This appeal was docketed on May 11, 2016, such that appellant Douglas Johnson's initial brief was due on May 31. Court of Appeals Rule 23 (a). On May 25, the original docketing notice having been returned, the Clerk of this Court remailed Johnson's docketing notice to his new address at Macon State Prison.

On June 1, 2016, we ordered Johnson to file an initial brief by June 13, and noted that failure to comply with our order, "absent an extension upon motion for good cause shown," would result in the dismissal of the appeal "instanter without further notice." As of the date of this order, Johnson has neither filed an intial brief nor asked for an extension of time to do so.

Having failed to file an initial brief, to ask for an extension of time to do so, or to comply with this Court's order of June 1, Johnson's appeal is DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,____06/27/2016____*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*